C. B. OVERBAUGH & CO., INC., v. BANCO NACIONAL.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay, pending the granting or final refusal of leave to appeal by the Court of Appeals, granted, upon appellant's

filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.